# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Jane Doe

                         Plaintiff,

v.                                                    Case No.: 1:24–cv–04674
                                                          Honorable LaShonda A. Hunt

Driveline Retail Merchandising, Inc.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 7, 2024:

       MINUTE entry Plaintiff's Motion for Leave to File Pseudonymously [2] is granted in part. The Court will allow Plaintiff to proceed by pseudonym at this preliminary stage in the litigation. However, the Court notes that Plaintiff's motion does not address the Seventh Circuit's recent decision in Doe v. Trustees of Indiana Univ., which states that the district court is required to engage in a "careful and demanding balancing of interests" to determine whether a party's name should be disclosed to the public. 101 F.4th 485, 492 (7th Cir. 2024) (citation omitted). Thus, after defendant has been served and appears in the case, the Court will revisit the issue of whether Plaintiff should be allowed to proceed by pseudonym. At that time, Plaintiff will be required to establish grounds for continued anonymity in accordance with Doe. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.