UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Jane Doe
                    Plaintiff,

v.                                            Case No.: 1:24−cv−04674
                                              Honorable LaShonda A. Hunt

Driveline Retail Merchandising, Inc.
                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 24, 2025:

MINUTE entry before the Honorable LaShonda A. Hunt: Defendant's unopposed amended motion to remove Plaintiff's pseudonym [52] is granted because Defendant indicates Plaintiff's counsel represented that a motion for leave to file an amended complaint disclosing her identity would be filed soon. To avoid unnecessary filings and because the 1/10/25 deadline to amend pleadings [17] has passed, Plaintiff is ordered to file an amended complaint by 7/31/25, *provided that the only changes to the pleading should be those necessary to disclose her identity*. Defendant's original motion to remove pseudonym [48] is terminated as moot. The motion hearing set for 8/14/25 [53] is stricken. Finally, Defendant's counsel is reminded that Local Rule 5.3(b) prohibits parties from noticing motions for presentment more than 14 days after filing. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.